IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01090-WDM

KEITH ALAN JONES,

    Debtor.

JON S. NICHOLLS, as Chapter 7 Trustee for the Estate of Keith Alan Jones,

    Plaintiff-Appellant,

v.

JJJ PROPERTIES, LLC,
ROBERT L. JONES AND
NANCY GRANDYS-JONES,

    Defendants-Appellees.

_____

## ORDER
_____

There being no further activity in this case since the administrative closure March 25, 2005, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on March 29, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge


PDF FINAL